**Order filed, August 12, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00539-CV
_____

### JESSE K. PRATHER, Appellant

### V.

### CAPT. V. MILLER, W. GRIGSBY, T. DANIELS, JANE DOE, AND JOHN DOE, Appellee

**On Appeal from the 411th District Court
Polk County, Texas
Trial Court Cause No. CIV28465**

## ORDER

The reporter's record in this case was due **July 28, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Laura Wells**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM